JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MOHAMMED EFTEKHARI, an individual,,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHUBB CORP., a New Jersey corporation; FEDERAL INSURANCE CO., a subsidiary of Chubb Corp.; and Does 1 to 50, inclusive,,<br><br>　　　　Defendant. | Case No. 8:23-cv-01231-DOC-JDE<br><br>**JUDGMENT ON VERDICT [DKT 70]**<br><br>Judge:   Hon. David O. Carter |

On June 25, 2024, the jury trial in the above-entitled action was concluded in which the Jury entered a verdict in favor of the Defendant FEDERAL INSURANCE COMPANY [Dkt. 70].  Pursuant to said verdict and Federal Rule of Civil Procedure, Rule 58 (b)(2)(A), the Court hereby enters Judgment in favor of Defendant FEDERAL INSURANCE COMPANY and against Plaintiff MOHAMMED EFTEKHARI, and deems Defendant FEDERAL INSURANCE COMPANY the prevailing party entitled to costs pursuant to Federal Rule of Civil Procedure, Rule 54 (d)(1).

/ / /

**SO ENTERED.**

DATED: June 27, 2024

_____
Hon. David O. Carter, District Judge

JUDGMENT ON VERDICT [DKT 70]